UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

26-CR-80017-CANNON/McCABE

CASE NO. _____

18 U.S.C. § 1361

UNITED STATES OF AMERICA

vs.

LANESA LACHON STUBBS,

    Defendant.

_____/

FILED BY ____BM____ D.C.

Jan 29, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

On or about January 14, 2026, in Palm Beach County, in the Southern District of Florida, the defendant,

**LANESA LACHON STUBBS,**

did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department and agency thereof, that is, the front door entrance and front lobby security equipment for the Paul G. Rogers Federal Building and U.S. Courthouse, causing damage in an amount more than $1,000.00.

A TRUE BILL

███████████████

FOREPERSON

_Yisel Valdes_ FOR
_____
JASON A. REDDING QUIÑONES
UNITED STATES ATTORNEY

_[signature]_
_____
BREEZYE TELFAIR
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: **26-CR-80017-CANNON/McCABE** |
| v. | |
| LANESA LACHON STUBBS, | **CERTIFICATE OF TRIAL ATTORNEY** |
| Defendant. | **Superseding Case Information:** |

**Court Division** (select one)
- [ ] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [x] WPB

Superseding Case Information:
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge William Matthewman   Magistrate Case No. 26-mj-8032
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of January 15, 2026
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Breezye Telfair
Assistant United States Attorney
FL Bar No.            18055

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: LANESA LACHON STUBBS

Case No: _____

Count #: 1

Destruction of Government Property

Title 18, United States Code, Section 1361
* Max. Term of Imprisonment:   10 Years
* Mandatory Min. Term of Imprisonment (if applicable):   N/A
* Max. Supervised Release:   3 Years
* Max. Fine:   $250,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.